**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Vincent B. Ransom | No.   11-24482 |
| Debtor | Hon.  Bruce W. Black |

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

PLEASE TAKE NOTICE that on April 10, 2015, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

_____/s/ Ross T. Brand_____

**Certificate of Service**

The undersigned certifies that she served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on John J. Lynch and Glenn B. Stearns on April 10, 2015.

_____/s/ Ross T. Brand_____

Ross T. Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-236-0077

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Vincent B. Ransom
629 Hawley Drive
Oswego, IL 60543

Glenn B. Stearns
801 Warrenville Road
Lisle, IL 60532

John J. Lynch
Law Offices of John J Lynch, P.C.
801 Warrenville Road, Suite 152
Lisle, IL 60532